LORETTA ELIZABETH O'LOUGHLIN, Appellant, v. THOMAS A. O'LOUGHLIN, Respondent.— Action for absolute divorce and for other relief. Order denying

plaintiff's motion to examine defendant before trial and to require defendant to produce certain books, papers and records on such examination, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.